# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMMY HAN, | Case No. 2:24-cv-8371-FWS-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

Dated: February 18, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE